UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORRAINE LYONS,<br><br>                    Plaintiff,<br><br>        vs.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>                    Defendant. | NO: 1:22-CV-3070-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice. ECF No. 18. The Parties agree that the Court may dismiss with prejudice all claims, causes of action, and parties, with each party bearing that party's own costs, expenses, and fees. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The STAY imposed at ECF No. 16 is hereby **LIFTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party bearing that party's own costs, expenses, and fees.

3. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED February 16, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2